Yiu F. Au (SBN 334117)
yiu@auiplaw.com
Au Law Office, P.C.
333 S Grand Ave
Suite 3310
Los Angeles, CA 90071
Telephone: (323) 366-1999
Facsimile: (323) 366-1917

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENFAN JI,<br>　　　　　　Plaintiff,<br>　　vs.<br>THE PARTNERSHIP OR<br>UNINCORPORATED ASSOCIATION<br>IDENTIFIED ON SCHEDULE "A" and<br>AMAZON.COM, INC.,<br>　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:24-cv-09275 |

## SCHEDULE A

1. Seller Alias: GLIMMER-US

   Purported "Business Name": shenzhenzhongchaodianzishangwuyouxiangongsi

   Purported "Business Address": shen zhen shi fu tian qu fu tian jie dao fu shan she qu bin

   he da dao 5010 hao guo ji cun 3 dong 1 dan yuan 301 l

   shen zhen

   guang dong

   51800

   CN