Case 2:24-cv-09275-DDW-MAA    Document 1-2    Filed 10/28/24    Page 1 of 7    Page ID #:33



US00D965668S

## (12) United States Design Patent
Ji et al.

(10) Patent No.: **US D965,668 S**

(45) Date of Patent: ** **Oct. 4, 2022**

(54) **ANNULAR REMOTE CONTROL PHOTOGRAPHY SUPPLEMENT LAMP**

(71) Applicants:**Chenfan Ji**, Haining (CN); **Sunjian Xu**, Shaoxing (CN)

(72) Inventors: **Chenfan Ji**, Haining (CN); **Sunjian Xu**, Shaoxing (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/736,893**

(22) Filed: **Jun. 3, 2020**

(51) **LOC (13) Cl.** ............................................... **16-05**

(52) **U.S. Cl.**
USPC ........................................ **D16/239**; D26/106

(58) **Field of Classification Search**
USPC ........... D6/308; D8/397–399; D16/209, 239, D16/244, 245; D24/209, 210; D26/2, 3, D26/4, 24, 26, 36, 37, 39, 60, 61, 63, 72, D26/79, 93, 94, 106, 113, 120, 121, 122, D26/123, 124, 118, 130, 131, 132, 133, D26/134, 137, 148, 149, 152, 155, 244
CPC ........ F16M 11/10; F16M 11/02; F16M 11/20; F16M 11/40; G08B 13/19619; F21L 2003/00; F21L 4/00; F21L 4/005; F21L 4/02; F21L 4/025; F21L 4/027; F21L 4/04; F21L 4/08; F21L 2005/00; F21L 7/00; F21L 11/00; F21L 13/00; F21L 13/04; F21L 13/08; F21L 14/02; F21L 17/00; F21L 19/00; F21L 25/00; G03B 17/02–04; G03B 17/14; G03B 17/56; G03B 21/20–2066; G03B 15/041–0436; G02B 7/02–04; G02B 7/14; F21K 5/023; F21S 8/021; F21S 48/142; F21S 9/02; F21V 33/006; F21V 17/02; F21Y 2101/02
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D359,346 | S | * | 6/1995 | Martin ........................ D23/366 |
| D547,555 | S | * | 7/2007 | Lo ................................. D6/312 |
| D726,001 | S | * | 4/2015 | Machesky ................. D8/399 |
| D855,242 | S | * | 7/2019 | Chen ........................... D26/106 |

(Continued)

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 182380 | * | 4/2019 |
| CN | 304146974 | * | 5/2017 |

(Continued)

### OTHER PUBLICATIONS

Inkeltech 21inch Ring Light with Tripod and Phone Holder, video review Nov. 29, 2020 [online], [site visited Dec. 6, 2021 ]<URL: https://www.amazon.com/gp/product/B08B34WG11/ref=sw_img_1?smid=&th=1> (Year: 2020).*

(Continued)

*Primary Examiner* — Bao-Yen T Nguyen
*Assistant Examiner* — Loryn K. Leblanc
(74) *Attorney, Agent, or Firm* — Wayne IP LLC

(57) **CLAIM**

The ornamental design for annular remote control photography supplement lamp, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of annular remote control photography supplement lamp showing my new design;

FIG. **2** is a front elevation view thereof;

FIG. **3** is a back elevation view thereof;

FIG. **4** is a left side view thereof;

FIG. **5** is a right side view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

The broken lines shown in the figures depict portions of the annular remote control photography supplement lamp, that form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



# US D965,668 S

Page 2

(56)  **References Cited**

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D872,348 S | * | 1/2020 | Liu | D26/106 |
| D873,328 S | * | 1/2020 | Shen | D16/239 |
| D877,392 S | * | 3/2020 | Yu | D26/79 |
| D886,360 S | * | 6/2020 | Xu | D26/106 |
| D887,052 S | * | 6/2020 | Xu | D26/39 |
| D887,590 S | * | 6/2020 | Ke | D26/1 |
| D892,199 S | * | 8/2020 | Peng | D16/237 |
| D901,054 S | * | 11/2020 | Zhao | D26/61 |
| D903,185 S | * | 11/2020 | Li | D26/106 |
| D907,836 S | * | 1/2021 | Zhou | D26/106 |
| D909,664 S | * | 2/2021 | Yao | D26/118 |
| D910,220 S | * | 2/2021 | Wang | D26/63 |
| D910,221 S | * | 2/2021 | Wang | D26/63 |
| D924,454 S | * | 7/2021 | Xiong | D26/51 |
| D929,021 S | * | 8/2021 | Xu | D26/106 |
| D929,026 S | * | 8/2021 | Feng | D26/106 |
| D929,643 S | * | 8/2021 | Feng | D26/106 |
| D930,223 S | * | 9/2021 | Ran | D26/106 |
| D930,224 S | * | 9/2021 | Lin | D26/106 |
| D930,886 S | * | 9/2021 | Xiao | D26/106 |
| D932,081 S | * | 9/2021 | Wang | D26/60 |
| D936,883 S | * | 11/2021 | Vargas | D26/56 |
| 2017/0118385 A1 | * | 4/2017 | Vargas | G03B 17/561 |
| 2020/0281054 A1 | * | 9/2020 | Li | H05B 41/39 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 305777602 | * | 5/2020 |
| GB | 6139817 | * | 5/2021 |
| GB | 6139818 | * | 5/2021 |
| GB | 6139819 | * | 5/2021 |

## OTHER PUBLICATIONS

SH 18-inch Ring Light with Tripod Stand, [site visited Dec. 6, 2021 ]<URL: https://www.amazon.com/gp/product/B089QLK8DY/ref=sw_img_1?smid=&th=1> (Year: 2020).*

Best Ring Light for Video Inkeltech 18" LED Ring Light w/ Phone Mount, video review Apr. 6, 2019 [online], [site visited Jan. 5, 2022],<URL:https://www.youtube.com/watch?v=FUxBXwKHMpY> (Year: 2019).*

Emart 22" Dimmable LED Ring Light, [site visited Jan. 5, 2022],<URL:https://www.amazon.com/product/B08YY3438N/ref=sw_img_1 ?smid=&psc=1> (Year: 2021).*

Inkeltech 18" Ring Light with Tripod Stand & 3 Phone Holders, video review Nov. 29, 2020 [online], [site visited Jan. 5, 2022],<URL:https://www.amazon.com/gp/product/B0967RHTWY/ref=sw_img_1?smid=&th=1> (Year: 2020).*

Ring Light—18" Selfie LED Ring Lights, [site visited Jan. 6, 2022],<URL:https://www.amazon.com/gp/product/B08KZJF1SQ/ref=sw_img_1?smid=&th=1> (Year: 2020).*

18 inch LED Ring Light with 70.8" Tall Tripod Stand and 3 Phone Holder, pictured review Aug. 18, 2020 [online], [site visited Jan. 6, 2022], <URL: https://www.amazon.com/gp/product/B088QZ69WP/ref=sw_img_1?smid=&th=1> (Year: 2020).*

Aduro U-Stream Ring Light Tripod Stand, video review Aug. 4, 2021 [online], [site visited Jan. 6, 2022],<URL: https://www.amazon.com/gp/product/B08NTJ45YL/ref=sw_img_1?smid=&psc=1> (Year: 2020).*

Ring Light 18 Inch with Tripod Stand, video review Nov. 26, 2021 [online], [site visited Jan. 6, 2022],<URL: https://www.amazon.com/gp/product/B099DXVKKN/ref=sw_img_1?smid=&psc=1> (Year: 2021).*

MOMIRA 14" LED Ring Light with Tripod Stand 3 Phone Holders, pictured review Jul. 28, 2021 [online], [site visited Jan. 6, 2022],<URL: https://www.amazon.com/gp/product/B08QW42253/ref=sw_img_1?smid=&psc=1> (Year: 2020).*

Elegant Choise Ring Light 12" LED camera ringlight, [site visited Jan. 6, 2022],<URL:https://www.amazon.com/gp/product/B08L3LL43X/ref=sw_img_1?smid=&th=1> (Year: 2020).*

* cited by examiner

Case 2:24-cv-09275-DDW-MAA   Document 1-2   Filed 10/28/24   Page 3 of 7   Page ID #:12



FIG. 1

Case 2:24-cv-09275-ODW-MAA Document 1-2 Filed 10/28/24 Page 4 of 7 Page ID #:13



FIG. 2

Case 2:24-cv-09275-DDW-MAA    Document 1-2    Filed 10/28/24    Page 5 of 7    Page ID
#:14



FIG. 3







FIG. 4            FIG. 5

Case 2:24-cv-09275-DDW-MAA  Document 1-2  Filed 10/28/24  Page 7 of 7  Page ID
#:16



FIG. 6



FIG. 7