

## 4 stars and above
Sponsored ⓘ

 **Large Ring Light Kit, Weilisi 6500K Professional Full-Screen Big Ring Light with St...**
⭐ 139
$89.99
prime
Save $20.00 with coupon

 **22" Ring Light with 75" Tripod Stand, LED Display/2 USB Ports/6500K Dimmable...**
⭐ 464
$99.99
prime
Save $35.00 with coupon

 **Ring Light with Stand, 19in LED Selfie Circle Light, Max 8ft/2.5m Tripod Stand, 3 H...**
⭐ 105
$49.99
prime

 **19 inch Ring Light with Remote Controller and Stand ipad Holder,60W Bi-Color with 4...**
⭐ 2,173
$139.99
prime

 **EMART 18-inch Ring Light with Stand, 65W Big Adjustable 3200-5500K LED...**
⭐ 3,661
$59.99
prime
Save 10% with coupon

 **Lume Cube Ring Light Pro | Wireless Professional Lighting for Photography, Streamin...**
⭐ 53
$279.99
prime

 **Ring Light,19inch LED Ring Light with Stand &LCD Display Adjustable Color Temperatu...**
⭐ 1,385
$109.89
prime
Save $10.00 with coupon

 **22" LED Ring Light, w 75" Tripod/LCD Display/3+1 Phone C 2 USB Ports/Wirele...**
⭐ 692
Limited time deal
-20% $79.99
List Price: $99.99
prime

## Compare with similar items

| | This Item | Recommendations | | | |
|---|---|---|---|---|---|
| |  Hagibis 21 inch Ring Light with Stand Outer 55W 5600k Dimmable LED Light, Tripod Stand, and Phone... [Add to Cart] |  WISAMIC Ring Light Kit: 18" 55W LED Ring Light with Tripod Stand and Phone Holder, 2800-6000K Dimmabl... [Add to Cart] |  19 inch LED Ring Light LCD Display Touch Screen with Tripod Stand Dimmable Makeup Selfie Ring Light f... [Add to Cart] |  Inkeltech 21inch Ring Light with Tripod and Phone Holder, 3000K-6000K Dimmable Bi-Color LED Light Ring fo... [Add to Cart] |  Ring Light with Stand, 19in LED Selfie Circle Light, Max 8ft/2.5m Tripod Stand, 3 Holders for iPhone, Remote... [Add to Cart] |
| Price | $69.99 | -22% $69.99 List: $89.99 | $99.99 | $99.95 | -15% $49.99 List: $58.99 |
| Delivery | Get it as soon as Sunday, Oct 27 | Get it as soon as Sunday, Oct 27 | Get it as soon as Monday, Oct 28 | Get it as soon as Sunday, Oct 27 | Get it as soon as Tuesday, Oct 29 |
| Customer Ratings | 4.3 ⭐ 79 | 4.3 ⭐ 300 | 4.6 ⭐ 1,164 | 4.6 ⭐ 1,264 | 4.3 ⭐ 105 |
| Sold By | Amazon.com | Wisdom Gather | CY Direct US | Inkeltech | Horun |
| Batteries Included | — | ✗ | ✓ | ✗ | ✗ |
| Connectivity Tech | Bluetooth | Infrared | Wired | Infrared, USB | USB |

## What's in the box
- Blu-ray

## Product Description

## Videos
### Videos for this product

**0:57** Filming tripod and ring light — Kimberly

**0:43** Hagibis 21 inch Ring Light with Stand Outer — Shenzhen Biaoge Technology

**2:15** LED Ring Light Phone Stand and Tripod — Darshan Sangha

**0:31** Customer Review: Essential for taking photos — Jerry rjl

Does it get brig worth it? Watch The Trending Bo

[Upload your video]

## Product information

| Package Dimensions | 24 x 22 x 4.8 inches |
|---|---|
| Item Weight | 6.74 pounds |
| ASIN | B0CN79LVVH |
| Item model number | RD01 |
| Customer Reviews | 4.3 ⭐ 4.3 out of 5 stars    79 ratings |
| Best Sellers Rank | #15 in Continuous Output Lighting |
| Date First Available | November 13, 2023 |
| Manufacturer | Hagibis |
| Country of Origin | China |

### Warranty & Support
Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

### Feedback
Would you like to tell us about a lower price? ˅

Looking for specific info?

## Brands in this category on Amazon
Sponsored

   

## Products related to this item
Sponsored

       

| Auready Big Ring Light with Stand, 79" Tall Selfie Ring Light with Remotes and Phon... | Large Ring Light Kit, Weilisi 6500K Professional Full-Screen Big Ring Light with St... | Ring Light with Stand, 19in LED Selfie Circle Light, Max 8ft/2.5m Tripod Stand, 3 H... | NEEWER 18 Inch RGB LED Ring Light APP Control with Stand and Phone Holder, 42W... | NEEWER SRP18C RGB LED Ring Light, Ultra Slim App Control with Reversible Light ... | NEEWER Basic 7" Desktop Phone Selfie Light Kit, 10W 3000k-6500K... | GVM LED Ring Light Kit, 14 inch Bi-Color Ring Light with Tripod and Bluetooth, Dimm... | 22" Ring Light with 73" Tripod Stand, LED Display/2 USB Ports/6500K Dimmab... |
|---|---|---|---|---|---|---|---|
| ★ 10 | ★ 139 | ★ 105 | ★ 49 | ★ 1,337 | | ★ 107 | ★ 464 |
| $89.99 | $89.99 | $49.99 | $139.99 | $169.49 | $36.99 | $39.99 | $99.99 |
| prime | prime | prime | prime | prime | prime | prime | prime |
| Save $30.00 with coupon | Save $20.00 with coupon | | Save $10.00 with coupon | Save $20.00 with coupon | Save 20% with coupon | Save $10.00 with coupon | Save $35.00 with coupon |


Sponsored

## Customer reviews

★★★★½ 4.3 out of 5
79 global ratings

| 5 star | 68% |
| 4 star | 13% |
| 3 star | 8% |
| 2 star | 4% |
| 1 star | 8% |

⌄ How customer reviews and ratings work


Sponsored

### Customers say
Customers like the brightness, size, and remote control of the camera continuous light. They mention it's adjustable brightness and color temperature, perfect for small studios, and comes with wireless remotes for both the lamp and common phone cams. Some appreciate the durability and ease of setup.
AI-generated from the text of customer reviews

**Select to learn more**
✓ Brightness  ✓ Size  ✓ Remote control  ✓ Durability  ✓ Ease of setup  ✓ Functionality  ✓ Portability  ✓ Versatility

**Reviews with images**    See all photos ›



Top reviews ⌄

### Top reviews from the United States

I like the way will be my teeth

★★★★★ I really like the light
Reviewed in the United States on October 17, 2024
**Verified Purchase**
The Hagibis 21 inch Ring Light is a fantastic option for streaming, home office, or Zoom calls. It features a dimmable LED light with a color temperature of 5600K and a high CRI of 97+, ensuring vibrant and accurate colors. The ring light comes with a sturdy tripod stand, phone holder, remote controller, and carrying bag, making it easy to set up and transport ¹.

Some of its key features include:

- *Adjustable Brightness*: 10%-100% brightness adjustable to meet your specific lighting needs
- *Color Temperature*: 5600K color temperature, suitable for various applications
- *High CRI*: 97+ CRI for accurate and vibrant color representation
- *Tripod Stand*: Sturdy and adjustable, with a height range of 31.5 inches to 72.8 inches
- *Remote Controller*: Conveniently control the light from up to 2.5 meters away

- *Phone Holder*: Compatible with various phone sizes

Helpful | Report

**ChihHungCheng**

★★★★★ **Bright Lights, Big Smiles: A Shining Star in My Setup!**
Reviewed in the United States on July 12, 2024
Verified Purchase

The Hagibis 21 inch Ring Light with Stand is the best thing to happen to my photo and video shoots since… well, ever! This 55W 5600k dimmable LED light is like having my own personal sun, but without the risk of sunburn.

Setting it up is a breeze. The tripod stand is so sturdy that I'm pretty sure it could withstand a hurricane. It's adjustable too, meaning I can light up my world from any height or angle. The 21-inch ring size is perfect—not too big to be cumbersome, but big enough to make me look fabulous in every shot.

The dimmable feature is a lifesaver. Need a little mood lighting? No problem. Want to feel like a superstar under the spotlight? You got it! Plus, the easy-to-use controls and secure phone holder make this light a dream to work with.

In short, the Hagibis Ring Light is a superstar. It's bright, versatile, and makes everything look amazing. If you're looking to add some sparkle to your content, this is the way to go!

3 people found this helpful

Helpful | Report

**Jlong**

★★★★★ **Works great**
Reviewed in the United States on August 2, 2024
Verified Purchase

This has multiple functions and settings that can be set with the remote. The stand has multiple adjustment points which makes using the stand easy! Highly recommend product

One person found this helpful

Helpful | Report

**Talkin Tia**

★★★★☆ **Good to go**
Reviewed in the United States on September 16, 2024
Verified Purchase

Great lighting. Amazing height. Has a remote which is amazing and clicker

Helpful | Report

Big and bright definitely worth buying !!

★★★★★ **Big and bright**
Reviewed in the United States on September 10, 2024
Verified Purchase

Good quality , sturdy and bright !!

One person found this helpful

Helpful | Report

**Laura Shaw**

★☆☆☆☆ **Quality**
Reviewed in the United States on September 6, 2024
Verified Purchase

By far the easiest to set up. Excellent quality and amazing lighting. Update: a day later the power cord stopped working. Now I have to ship it back and wait 3-5weeks for a refund. I wouldn't recommend purchasing this light.

One person found this helpful

Helpful | Report

**Munson Family**

★★★☆☆ **Stand is flimsy**
Reviewed in the United States on October 21, 2024
Verified Purchase

I'd recommend getting a more sturdy tripod for this light. It's heavy and the one it came with isn't great.

Helpful | Report

**Kevin B.**

★★★★★ **Bigger and nicer than I was expecting!**
Reviewed in the United States on April 4, 2024
Verified Purchase

I'm using this as backlighting at the moment but it's really for my webcam to greatly improve the Zoom meetings quality. It works flawlessly with the remote. I really like how easy the remote is to adjust the setting on the fly. Making small adjustments to color and light strength using the remote is next level quality. The mount is a standard twist on mount for any camera or can use the included cell phone gripper. The only thing that I don't like is the separate(2nd) camera remote that you have to download software to use so I might skip on using that but I can see how you might need it to press play on your phone. It also comes with a large quality fabric case that could be useful is you travel a lot but since I don't plan on traveling with it, it is kind of a waste. Overall I'm very happy with this purchase and give 5 stars!

Helpful | Report

