

# AMBITFUL KN-21C 21inch 53cm Dimmable 3000~6000K Bi-Color LED Ring Light with Tripod and Phone Holder, with Remote, for Makeup, Selfie, Vlog, YouTube Video, Camera (2PCS)

Visit the AMBITFUL Store

4.2 ★★★★☆ | 65 ratings | Search this page

$189.00

FREE Returns

Get $10 off instantly: Pay $179.00 $189.00 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| Brand | AMBITFUL |
| Connectivity Technology | USB |
| Hardware Interface | USB |
| Has Self-Timer | No |

## About this item

- 【Intelligent and Quick Color Change】 Ring Light can adjust the color temperature via knob or remote without using color filters. Achieve cold white light or warm light to hide blemishes and change skin tones quickly and easily. LED SMD design and 416 pcs LED beads on our Ring Light offers more light for your camera photography, Facebook Live, beauty makeup, selfies and videos.
- 【Phone Charging & Large-Sized】 LED Ring Light resolved the problem that your phone is out of power when you are live streaming. You can charge your phone through the USB port on the back of the ring while you are taking videos. Bring more convenience for your shooting. 21"(53 cm) ring light has a larger and brighter aperture, providing a more professional environment for your indoor shooting.
- 【Remote Controller】 Ring Lights are controlled via the IR remote controller or the knob on the back of the ring. Change the color temperature (3000K - 6000K) and brightness (0% - 100%) of the Ring Lights from up to 2.5 meters away (98") with our IR Remote!
- 【Phone Holder & Light Stand】 Each Ring Light has a 360 degree phone holder and a retractable tripod that effortlessly helps you capture different levels of brightness and angles of lighting! The phone holder is suitable for pad and most smart phones including iPhone, Samsung and Huawei (4.5″ - 7.8″ / 115mm - 200mm width). The adjustable light stand range is 20″ - 75″ / 50cm - 190cm. One bag carries the total weight giving a lightweight and portable setup!
- 【Package Kit】 you will receive: LED Ring Light Body (21″/ 53cm) x2, Tripod (20″ - 75″ / 50cm - 190cm) x2, Remote Control x2, Flexible Ipad Holde x 2, Power Lead x2 and paper instructions for quick and easy setup. Please feel free to contact us if you have any questions! We are happy to help and would appreciate that very much.

Report an issue with this product or seller

### Consider a similar item



Amazon's Choice

Upgrade Ring Light Overhead Phone Mount, Evershop Selfie Ring Light with Stand and Phone Holder,10"Circle LED Desk Ring Light with Clamp for Video Recording,Zoom Meeting,Live Streaming Tiktok,YouTube

★★★★½ (821)

$35.99 ✓prime

Climate Pledge Friendly

## Frequently bought together

  

Total price: $258.95

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** AMBITFUL KN-21C 21inch 53cm Dimmable 3000~6000K Bi-Color LED Ring…
$189.00

Wall Mounting Triangle Boom Arm for Ring Light, Support 180° Flexible Rotation, 28-51in…
$69.95

## Products related to this item

Sponsored

       

19 inch Ring Light with … | Ring Light - 21 inch 60 … | Ring Light - 18 inch 60 … | 14" Large Ring Light Kit, … | 2Pack Large Ring Light … | GVM 2 Pack LED Video … | 12inch Full-Screen Ring … | 2023 Upgrade …

---

### Sidebar

Buy new:
$189.00
FREE Returns
FREE delivery Tuesday, July 30
Or fastest delivery Sunday, July 28. Order within 8 hrs 16 mins

Delivering to Montebello 90640 - Update location

In Stock

Quantity: 1

Add to Cart
Buy Now

Ships from Amazon
Sold by GLIMMER-US
Returns 30-day refund/replacement
Support Product support included

See more

**Add a Protection Plan:**
☐ 2-Year Protection for $21.99
☐ 3-Year Protection for $28.99
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month
☐ Add a gift receipt for easy returns

Save with Used - Like New
$99.00
FREE delivery August 5 - 8
Ships from: Amazon
Sold by: GLIMMER-US

Add to List

Other sellers on Amazon
New & Used (2) from $99.00 & FREE Shipping.







| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Remote Controller and Stand ipad Holder,60W Bi-Color with 4... | W Dimmable LED Ring Light Kit with Stand - Adjustable 3000-... | W Dimmable LED Ring Light Kit with Stand - Adjustable 3000-... | 6000K Professional Full-Screen Big Ring Light with Stand ... | Kit, Professional Full-Screen 12" Ring Light with 63" Tripo... | Lighting Kits with APP Control, Bi-Color Variable... | Light Photography Lighting LED Studio Panel Video Light Bi-... | MOUNTDOG 18" R Light Kit 55W Blu LED Ringlight Ligh |
| ★★★★½ 2,170 | ★★★★ 22 | ★★★★½ 36 | ★★★ 6 | ★★★★½ 10 | ★★★★½ 926 | ★★★★ 3 | ★★★★ 1,48 |
| $139⁹⁹ | $149⁹⁹ | $125⁹⁹ | $89⁹⁹ | $89⁹⁹ | $173⁸⁷ | $104⁹⁰ | $67⁷¹ |
| prime | prime | prime | prime Save 20% with coupon | prime Save $20.00 with coupon | prime Save $10.00 with coupon | prime | prime |

### Based on your recent shopping trends






| | | | | | |
|---|---|---|---|---|---|
| Inkeltech 21inch Ring Light with Tripod and Phone Holder, 3000K-6000K Dimmable Bi-Color LED Light Ring... | GSKAIWEN 25inch 75W 3000K-6600K Ring Light with Retractable Light Stand Soft tube and Phone Holder Dimmabl... | Inkeltech Ring Light - 18 inch 3000K-6000K Dimmable Bi-Color Light Ring, 60W LED Ring Light with Stand, Lighting Kit... | Elitehood 12'' Ring Light with Tripod Stand (72'' Tall) & iPad/Phone Holder, Dimmable Selfie Circle LED Lights... | Ring Light - 18 inch 48W Dimmable LED Ring Light Kit with Stand Adjustable 3200-6500 K Color Temperature Lighting f... | Aro de luz Ring Light - 21 inch 60 W Dimmable LED Ring Light Kit with Stand - Adjustable 3000-600... |
| ★★★★½ 1,250 | ★★★★ 13 | ★★★★½ 2,376 | ★★★★½ 1,097 | ★★★★ 98 | ★★★★ 22 Amazon's Choice in Macro & Ringlight Flashes |
| $99.95 | $139.99 | $104.95 | $46.99 | $59.99 | $149.99 |
| Get it as soon as **Tuesday, Jul 30** FREE Shipping by Amazon | Get it as soon as **Tuesday, Jul 30** FREE Shipping by Amazon | Get it as soon as **Wednesday, Jul 31** FREE Shipping by Amazon | Get it as soon as **Tuesday, Jul 30** FREE Shipping by Amazon | Get it as soon as **Tuesday, Jul 30** FREE Shipping by Amazon Only 10 left in stock - order... | Get it as soon as **Tuesday, Jul 30** FREE Shipping by Amazon |

### Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| | AMBITFUL KN-21C 21inch 53cm Dimmable 3000~6000K Bi-Color LED Ring Light with Tripod and Phone Holder,with Remote, for... | 12" Selfie Ring Light with 63" Adjustable Tripod Stand and Phone Holder, LED Dimmable Ringlight with Remote, for Live Stream/... | LED Ring Light with Stand and Phone/iPad Holder, 19 Inch 60W Bicolor 3000K-5800K Large Circle Light with Remote Controller for... | 19 inch LED Ring Light LCD Display Touch Screen with Tripod Stand Dimmable Makeup Selfie Ring Light for Studio Portrait YouTube... |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | $189⁰⁰ | $30⁹⁹ | $119⁹⁹ | -15% $84⁹⁹ Typical: $99.99 |
| Delivery | Get it as soon as **Tuesday, Jul 30** | Get it as soon as **Tuesday, Jul 30** | Get it **Aug 15 - Sep 6** | Get it as soon as **Tuesday, Jul 30** |
| Customer Ratings | 4.2 ★★★★☆ 65 | 4.4 ★★★★½ 7,982 | 4.4 ★★★★½ 641 | 4.6 ★★★★½ 1,124 |
| Brightness | 4.1 ★★★★★ | 4.4 ★★★★★ | 4.7 ★★★★★ | 4.7 ★★★★★ |
| Easy To Assemble | 4.0 ★★★★☆ | 4.5 ★★★★★ | 4.9 ★★★★★ | 4.8 ★★★★★ |
| Remote Control | 3.7 ★★★★☆ | 4.1 ★★★★★ | 4.3 ★★★★★ | 4.6 ★★★★★ |
| Value For Money | — | 5.0 ★★★★★ | — | 4.8 ★★★★★ |
| Sturdiness | — | — | 3.6 ★★★☆☆ | 4.7 ★★★★★ |
| Sold By | GLIMMER-US | WaulnpekqDirect | Khikee | Woot |
| Batteries Included | ✗ | ✓ | ✗ | ✓ |
| Connectivity Tech | USB | Wireless | USB, Bluetooth | Wired |
| Weight | 5.6 kilograms | — | — | 3.12 kilograms |

### Product Description

### From the brand

AMBITFUL was founded in 2019. We're an international enterprise integrating R&D, design, production and brand marketing of photographic equipment, focusing on the field of photographic equipment, and providing better products and services for photography enthusiasts.

**Optical Snoot**

**AMBITFUL**
Capture Every Pro Moment with AMBITFUL Photography Gear!

## What's in the box
- NO

## Looking for specific info?

## Product information

| | |
|---|---|
| Package Dimensions | 25.5 x 22.25 x 8.5 inches |
| Item Weight | 12.32 pounds |
| ASIN | B09GVSKVB8 |
| Item model number | OPENCLOUD--DE KN-21C |
| Customer Reviews | 4.2 ★★★★☆ ⌄   65 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #227 in Macro & Ringlight Flashes |
| Date First Available | September 22, 2021 |
| Manufacturer | AMBITFUL |
| Country of Origin | China |

### Warranty & Support
**Product Warranty:** For warranty information about this product, please click here

### Feedback
Would you like to tell us about a lower price? ⌄

## Videos

### Videos for this product


2:08
Pros & Cons of the Ambitful lights ! Watch Before You Buy
The Review Hub


2:10
Customer Review: IM VERY SATISFIED 🤩🤩🤩
Leslie Boyd


0:30
AMBITFUL KN21C Ring Fill Light
GLIMMER-US


1:02
This LED is the best and the easiest remote control product
Will Xu

Upload your video

Sponsored ⓘ


AMBITFUL Video Lighting with APP Control, RGB Full Colour, 10 FX Effects,...
★★★★☆ (42)
$47.99


22" Ring Light with 75" Tripod Stand, LED Display/2 USB Ports/6500K Dimmable...
★★★★☆ (119)
$99.99


Foto&Tech 18 inch Ring Light Dimmable Tricolor LED Selfie Ring Light with Stan...
★★★☆☆ (4)
$163.99


Stepless ring Ligh
★★★☆☆
$99.99

## Products related to this item

Sponsored


2Pack Large Ring Light Kit, Professional Full-Screen 12" Ring Light with 63" Tripo...
★★★★½ 10
$89.99
prime
Save $20.00 with coupon


Ring Light Kit - 19"/48.5cm Outer 60W 3000k-5800k Bi-Color Ring Light with Tripod...
★★★★☆ 27
$99.99
prime


SLOW DOLPHIN Photography Studio Softbox Lighting Kit with 16"X16" Softbox and 3...
★★★★½ 11
$63.99
prime


Photography Studio LED Lighting Kit with Light Stand Bag Soft Tube for Beauty, Eyeb...
★★★★½ 11
$65.99
prime


12" Ring Light with Stand and Phone Holder,Overhead Phone Stand,2 Phone...
★★★★★ 30
$69.99
prime


SPL210C Light Kit 2 Packs, RGB LED Video Light with APP Control, 360° Full Color RG...
★★★★½ 10
$258.99
prime
Save $20.00 with coupon

NEEWER SRP18C RGB LED Ring Light Kit, Ultra Slim App Control with Reversible Light ...
★★★★½ 6
$169.49
prime
Save $10.00 with coupon

RALENO 2-Pack Photography Light Kit, 18" 45W Studio Lights 3200-5600
★★★★½ 72
$179.99
prime

---

## Customer reviews

★★★★☆ 4.2 out of 5
65 global ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 11% |
| 3 star | | 12% |
| 2 star | | 8% |
| 1 star | | 5% |

▸ How customer reviews and ratings work

**Top reviews from the United States**

Top reviews ▾

**Jing**
★★★★★ Great light
Reviewed in the United States on December 30, 2021
Verified Purchase

I am so happy with this light, it's great for making videos and pictures , it's very bright and creates a beautiful shading on faces or products. It's effects are very good, and also can easily light up a large area. The Bi-color temperature is also a great feature. Overall this is very high quality product.

One person found this helpful

Helpful | Report

**Ronni Potts**
★★★★★ Great buy
Reviewed in the United States on January 21, 2023
Verified Purchase

Love this product I purchased in 11/22 and came back to purchase, the price has increased. Found cheaper elsewhere. Darn

Helpful | Report

**Brandi Dunning**
★★★★★ PERFECT!
Reviewed in the United States on March 4, 2022
Verified Purchase

I received my ring lights in a timely manner. It was very well packaged with care. They (2per package) were perfect! Very Bright, light weight, affordable and just what I ordered. Will definitely order again. I highly rrecommend!!

One person found this helpful

Helpful | Report

**Manda Reviews** ♠
★★★☆☆ I do NOT recommend these
Reviewed in the United States on June 18, 2023
Verified Purchase

I bought these mostly for the 2-for-1, thinking the few rave reviews were accurate. Having had, and used, these for a few weeks now, I do NOT recommend them. The lights themselves are fine, but the stands and the connection between the two are pretty atrocious. The lights do not have a secure connection to the stands and therefor it's impossible to get them to sit straight. They're top heavy so they lean side-to-side and front to back. It's a frustrating waste of time trying to get them right. Also, the light isn't the most flattering in all conditions, and in some conditions highlights all skin flaws. And, while filming, the light picked up shifting, like blue to green, which I don't know the mechanics behind, but have not experienced with other lights. I will be looking for a replacement for these.

2 people found this helpful

Helpful | Report

**Tataneshia Robinson**
★★★★☆ They light is bright
Reviewed in the United States on December 5, 2023
Verified Purchase

I just so love it I'm a cosmetologist in I just so love the different shades of light on it in it's very easy to put together

Helpful | Report

**Leslie Boyd**
★★★★★ IM VERY SATISFIED 🎉🎉🎉
Reviewed in the United States on July 17, 2022
Verified Purchase


Very bright very big and very affordable comes with two remotes to ring lights to phone stands



19 people found this helpful

Helpful | Report

Jenna Chaco

★★☆☆☆ **Missing item**
Reviewed in the United States on January 10, 2024
**Verified Purchase**

This does not come with the remote shown on the picture

Helpful | Report

Clinton & Nae Reese

★☆☆☆☆ **Power Cords don't last**
Reviewed in the United States on July 4, 2024
**Verified Purchase**

I purchased in May, in June 1 of the power cords stopped working can't return product or anything

Helpful | Report

See more reviews ›



| America's Healthiest Grocery Store | Shenanigans | Clothing | Security Systems | in Every Room | Security for Every Home | & Safety Alerts |
|---|---|---|---|---|---|---|
| | | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates